■ In the Matter of CARMELO BATISTA, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent.—Motion for leave to appeal denied. Memorandum: Pursuant to CPLR 5514 (a), petitioner will have 30 days from the date of our order denying this motion to file and serve a notice of appeal as of right (see, CPLR 5514 [a]). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

■ KAHRE-RICHARDES FAMILY FOUNDATION, INC., et al., Appellants, v VILLAGE OF BALDWINSVILLE et al., Respondents. —Motion for extension of time granted to March 12, 1993. Memorandum: This final extension applies only to the three appeals currently pending from the orders of the Supreme Court entered February 3, 1992 and September 27, 1992 and the order and judgment entered June 26, 1992. No further extensions will be granted. Present—Pine, J. P., Doerr, Boomer, Davis and Boehm, JJ. (Filed Jan. 21, 1993.)

■ In the Matter of MARY B.—Motion for extension of time granted to July 2, 1993; cross motion to dismiss appeal as moot denied with leave to renew after determination of the appeal from the order terminating parental rights. Memorandum: We are unable to conclude that the appeal from the order adjudicating that respondent neglected his child is moot. Should respondent prevail on the pending appeal from the later order terminating his parental rights, the neglect adjudication may not be moot. Petitioner and the law guardian may renew the motion to dismiss after the appeal from the order terminating parental rights is determined. Present—Denman, P. J., Callahan, Pine, Doerr and Boomer, JJ. (Filed Jan. 29, 1993.)

■ In the Matter of DEONA J.—Motion for extension of time granted to April 5, 1993. Memorandum: No further extension will be granted on the ground that a transcript is not available. In the event that counsel is not able to comply with this final deadline due to the lack of a transcript, counsel is advised to file a motion for summary reversal and a new trial. Present—Callahan, J. P., Green, Pine, Doerr and Boomer, JJ. (Filed Jan. 29, 1993.)